UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE No. 11-60793-CIV-JORDAN

| | |
|---|---|
| JOSEPH LYNCH | ) |
| Plaintiffs | ) ) |
| vs. | ) |
| DELTA OUTSOURCE GROUP, INC., | ) ) ) |
| Defendant | ) |
| _____ | ) |

**AMENDED ORDER DISMISSING & CLOSING CASE**

In light of the joint stipulation for dismissal with prejudice [D.E. 15], this case is DISMISSED WITH PREJUDICE.[1]

If the parties intend to request that the Court retain jurisdiction to enforce any settlement agreement, a copy of the agreement must also be filed with the clerk in the public record. If the settlement agreement contains confidential or proprietary information that the parties wish to redact, a redacted copy of the agreement must be filed in the public record. In that case, the parties must submit an unredacted copy of the agreement to chambers for *in camera* review.

Any pending motions are DENIED AS MOOT. This case is CLOSED.

DONE and ORDERED in chambers in Miami, Florida, this 23rd day of August, 2011.

_____
Adalberto Jordan
United States District Judge

Copy to:    All Counsel of Record

---

[1] The prior order of dismissal [D.E. 16] incorrectly specified that each party would bear its own fees and costs. The parties, however, have notified the court that they are currently negotiating those items.