UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 11-60793-Civ-Jordan/O'Sullivan

JOSEPH LYNCH,

    Plaintiff,

v.

DELTA OUTSOURCE GROUP, INC.,

    Defendant.
_____/

## COUNSEL'S NOTICE OF CHANGE OF ADDRESS

Counsel, Donald A. Yarbrough, for Plaintiff, Joseph Lynch, gives notice that counsel's address for electronic mail has changed from donyarbrough@mindspring.com to **don@donyarbrough.com** effective immediately. All other contact information remains the same.

    Respectfully submitted,

    DONALD A. YARBROUGH, ESQ.
    Attorney for Plaintiff
    Post Office Box 11842
    Fort Lauderdale, Florida 33339
    Telephone: (954) 537-2000
    Facsimile: (954) 566-2235
    don@donyarbrough.com

    s/Donald A. Yarbrough
    Donald A. Yarbrough, Esq.
    Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 11-60793-Civ-Jordan/O'Sullivan

JOSEPH LYNCH,

     Plaintiff,

v.

DELTA OUTSOURCE GROUP, INC.,

     Defendant.
_____/

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on June 28 2012, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                  s/Donald A. Yarbrough
                                                  Donald A. Yarbrough, Esq.

**SERVICE LIST**

Mr. David P. Hartnett, Esq.
Hinshaw & Culbertson, LLP
4 Floor
2525 Ponce de Leon Boulevard
Coral Gables, FL 33134
Telephone: 305-358-7747
Facsimile: 305-577-1063

Via Notices of Electronic Filing generated by CM/ECF